## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| Earl Gene Ross, Jr., | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Case No: 16 C 8672 |
| Shawn R. Bock, et al., | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [41] from the magistrate judge that this court dismiss the case for failure to exhaust administrative remedies. The court notes that plaintiff has filed a letter, but because it appears to be frivolous, variously incomprehensible, and unrelated to the case the court will not construe it as an objection. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and dismisses the case without prejudice. This case is closed.

Date: 12/20/2017            ENTER:

_____
FREDERICK J. KAPALA

District Judge